

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00420-CV

**BARBARA TECHNOLOGIES CORPORATION**,
Appellant

v.

**STATE FARM LLOYDS** and Christopher Blalock,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10997
Honorable Renée Yanta, Judge Presiding

## O R D E R

    Appellee's second motion for extension of time to file brief is hereby GRANTED. Time is extended to December 21, 2016.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court